UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BRYAN THOMAS, on behalf of himself
and all others similarly situated,**

    **Plaintiff,**

v.                                                                          CASE No.: 8:19-cv-01240-WFJ-CPT

**CIRKUL, INC., a foreign
Corporation for Profit,**

    **Defendant.**

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04 (c), I certify that the instant action:

____ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:

__X__ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Respectfully submitted this 25th day of June, 2019.

                                                           By:/s/ Christine R. Sensenig
                                                           Christine R. Sensenig
                                                           Florida Bar No. 74276
                                                           **Hultman Sensenig + Joshi**
                                                           2055 Wood Street, Ste 208
                                                           Sarasota, FL 34237
                                                           Telephone: (941) 953-2828
                                                           Fax: (941) 953-3018
                                                           csensenig@hsjlawfirm.com
                                                           droginski@hsjlawfirm.com
                                                           *Proposed Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 25, 2019, I electronically filed the foregoing document with the Clerk of the Court and served upon the individuals listed below via email through the CM/ECF system of the Middle District of Florida.

Noah E. Storch, Esq.
Fla. Bar No. 0085476
noah@floridaovertimelawyer.com
**RICHARD CELLAER LEGAL, P.A.**
10368 W. SR 84, Suite 103
Davie, FL 33314
Telephone: (866) 344-9243

                                                By:/s/ Christine R. Sensenig
                                                Christine R. Sensenig
                                                Florida Bar No. 74276
                                                **Hultman Sensenig + Joshi**