Exhibit 3

TOLL FREE
866-344-WAGE (9243)

TOLL FREE
877-435-WAGE (9243)

TAMPA
813-371-0799

ORLANDO
407-261-1920

SPACE COAST
321-206-4030

BROWARD
954-903-7475

DADE
305-351-2393

FT MYERS
239-567-5765

JACKSONVILLE
904-435-3310

GAINESVILLE
352-224-4200

**Celler Legal, P.A.**
PROTECTING EMPLOYEE RIGHTS
SINCE 2003

REPRESENTING EMPLOYEES
AGAINST EMPLOYERS
ACROSS THE UNITED STATES
IN CLAIMS FOR:

• Discrimination
• Harassment
• Overtime
• Retaliation
• Wrongful Termination
• Whistleblower Rights
• Unpaid Commissions
• Severance Negotiations
• Breach of Contract

October 16, 2019

<u>U.S. PRIORITY MAIL</u>
9405 5112 9837 0637 0165 99

Christine Sensenig
2055 Wood Street
Suite 208
Sarasota, FL 34237

Dear Ms. Sensenig,

Enclosed please find Check No.0000005335 in the amount of $1215.39 and Check No. 0000005336 in the amount of 1385.00.

This represents rejection of your correspondence dated October 10, 2019.

Please contact our office with any questions at (866) 344-9243.

Very truly yours,

John Foster, Paralegal/Legal Assistant to
Noah E. Storch, Esq.
/jf

10368 W. State Road 84 | Suite 103 | Davie, FL 33324
Telephone 866-344-WAGE (9243) | Fax 954-337-2771 | richard@floridaovertimelawyer.com

www.FloridaOvertimeLawyer.com



Confidential and Privileged Settlement Communication

October 10, 2019

Via Federal Express
Noah Storch, Esquire
Celler Legal, P.A.
10368 W. State Road 84, Suite 103
Davie, Florida 33324

      RE:    Bryan Thomas *et al* v. Cirkul
              Case No: 8:19-cv-01240-WFJ-CPT

Dear Noah:

This letter is sent on behalf of and at the request of Cirkul, Inc. in response to the suit filed on behalf of Bryan Thomas for unpaid wages. Cirkul denies having failed to pay wages to Mr. Thomas or any of its employees and instead assert that Cirkul actually overpaid Mr. Thomas, as stated in more detail in Cirkul's Answer and Affirmative and Other Defenses. However, as purely a business judgment and without any admission of liability, Cirkul hereby tenders payment in full of the wages demanded by Mr. Thomas in his Rule 26 Disclosures which were served via email on September 13, 2019.

Mr. Thomas asserts in his Rule 26 Disclosures that he was owed $1,385.50 in unpaid wages; that $1,385.50 amount, minus all necessary payroll taxes, is enclosed. An equal amount of $1,385.50 in liquidated damages with no taxes deducted is also enclosed. Cirkul is aware that a reasonable attorney's fee is also owed, even though Cirkul denies owing Mr. Thomas any wages; Cirkul also understands that attorney's fees are separate from the wages and liquidated damages demanded by Mr. Thomas. Please provide me with a demand for your fees.

Sincerely,

*Christine Sensenig* or *Debbie Roginski, to avoid delay*
                                      by
Christine Sensenig, Esquire

cc:    Garrett Waggoner, CEO
       Phil McKeating, COO

Enc:   Checks for Bryan Thomas

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. "VOID" FEATURE, SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

| | |
|---|---|
| **Account: PAYMENT** | **$1,215.39** |
| PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER | 4/630 |

Please Direct Any Questions To
(855) 739-0856
ONLINE BANKING - BILL PAYMENT

CIRKUL INC
5016 CHERRY LAUREL WAY
SARASOTA, FL 34241-6403

**0000005335**
**September 30, 2019**

BANK OF AMERICA, N.A.
02690 3405261 009889 009889 0001/0003 k009888

MEMO: Cirkul

Pay  ONE THOUSAND TWO HUNDRED FIFTEEN AND 39/100 -------------------------------------- DOLLARS

$ *****1,215.39

TO THE ORDER OF
BRYAN THOMAS
2055 WOOD ST STE 208
SARASOTA, FL 34237-7929

02690

Void After 180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

WARNING: THIS BORDER CONTAINS MICRO-TYPE WHICH WILL NOT REPRODUCE ON A COPIER!

⑈005335⑈ ⑆063000047⑆ 2290537646 3⑈ 189

ENDORSE HERE

X _____

_____

_____

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

014219031

_____

Security features on this document include a Micro-Print Border, Artificial Watermark.
Absence of these features may indicate alteration.
®Padlock design is a certification mark of Check Payment Systems Association

★ FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. "VOID" FEATURE. SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

**Account: PAYMENT**     PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER     **$1,385.00**

Please Direct Any Questions To:     4/630
(855) 739-0856
ONLINE BANKING - BILL PAYMENT

CIRKUL INC     **0000005336**
5016 CHERRY LAUREL WAY
SARASOTA, FL 34241-6403     **September 30, 2019**

BANK OF AMERICA, N.A.
MEMO: Cirkul     02690 3405261 009890 009890 0002/0003 k009889

Pay  **ONE THOUSAND THREE HUNDRED EIGHTY FIVE AND 00/100** ------------------------------------     DOLLARS

$ *****1,385.00

**TO**     BRYAN THOMAS
**THE**     2055 WOOD ST STE 208     Void After 180 DAYS.
**ORDER**     SARASOTA, FL 34237-7929     *Signature On File*
**OF**     This check has been authorized
by your depositor

WARNING: THIS BORDER CONTAINS MICRO-TYPE WHICH WILL NOT REPRODUCE ON A COPIER.

⑈005336⑈ ⑆063000047⑆ 2290537764631⑈ 189

01421900

ENDORSE HERE

X _____

_____

_____

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

_____

🔒 Security features on this document include a Micro-Print Border, Artificial Watermark.
Absence of these features may indicate alteration.
®Padlock design is a certification mark of Check Payment Systems Association

★ FEDERAL RESERVE BOARD OF GOVERNORS REG. CC