**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.:   8:19-cv-1240-T-02CPT | | DATE:   November 26, 2019 | |
|---|---|---|---|
| **HONORABLE WILLIAM F. JUNG** | | | |
| **BRYAN THOMAS, et al.**<br><br>      **Plaintiffs,**<br><br>**v.**<br><br>**CIRKUL, INC.**<br><br>      **Defendant** | | **PLAINTIFF COUNSEL**<br>Noah E. Storch<br><br><br><br>**DEFENDANT COUNSEL**<br>Christine R. Sensenig | |
| **COURT REPORTER:**  Tracey Aurelio | | **DEPUTY CLERK:** | Shameeka Olden |
| **TIME:**  8:58 AM - 9:10 AM<br>**TOTAL:**  12 minutes | | **COURTROOM:** | 15B |

**PROCEEDINGS:**    TELEPHONIC MOTION HEARING re Defendant's Motion to Stay or Limit Discovery Temporarily Pending Ruling on Subject Matter Jurisdiction [33]

The Court hears argument from Ms. Sensenig and a response from Mr. Storch. Mr. Storch does not find it necessary to file a written response to Defendant's motion to stay.

The Court **DENIED** the motion for the reasons stated on the record.

Plaintiff will respond to the Amended Motion for Summary Judgment (Doc. 26). The Court will make its ruling by 01/10/2020.