UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO: 8:19-cv-01240- WFJ-CPT

**BRYAN THOMAS, on behalf of himself
and all others similarly situated,**

    Plaintiff,

v.

**CIRKUL, INC., A Foreign
Profit Corporation,**

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, BRYAN THOMAS ("Plaintiff") and Defendant, CIRKUL, INC., a Foreign Profit Company ("Defendant") (collectively, the "Parties") by and through their undersigned counsel, hereby notify this Court that the Parties have reached a resolution in this case. The Parties are in the process of finalizing the Settlement and request for dismissal with prejudice, and anticipate filing same with the Court within the next twenty-one (21) days.

Dated this 9th day of December, 2019.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **/s Noah E. Storch, Esq.** | **/s/ Christine R. Sensenig** |
| Noah E. Storch, Esq. | Christine R. Sensenig |
| Florida Bar No. 0085476 | Florida Bar No. 74276 |
| Richard Celler Legal, P.A. | **Hultman Sensenig + Joshi** |
| 10368 West State Road 84, Suite 103 | 2055 Wood Street, Ste 208 |
| Davie, FL 33324 | Sarasota, FL 34237 |
| Telephone: (866) 344-9243 | Telephone: (941) 953-2828 |
| Facsimile: (954) 337-2771 | Fax: (941) 953-3018 |
| Email: noah@floridaovertimelawyer.com | csensenig@hsjlawfirm.com |
| *Counsel for Plaintiff* | droginski@hsjlawfirm.com |
| | *Counsel for Defendant* |