**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**BRYAN THOMAS, on behalf of himself**
**and all others similarly situated,**

    **Plaintiff,**

v.                                CASE No.: 8:19-cv-01240-WFJ-CPT

**CIRKUL, INC., a foreign**
**Corporation for Profit,**

    **Defendant.**
_____/

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME SUBMIT A STIPULATED FORM OF FINAL ORDER**

Defendant, Cirkul, Inc. ("Defendant"), by and through its undersigned counsel and pursuant to Fed. R. Civ. Pro. 6(b)(1)(A), hereby asks this Court to grant an enlargement of time until February 20, 2020, in which to provide the Court with a stipulated form of final order or judgment. In support of its Motion to Enlarge time, Defendant states:

1. A Notice of Settlement was entered on December 9, 2019.

2. A 60-day order was signed by the Judge on December 10, 2019.

3. Counsel for the Parties have conferred and mutually agreed to petition the Court for an additional ten (10) days in which to provide the Court with the requested documents.

4. There is good cause to grant the Parties' extension, as the complexities of the underlying facts and relationships at issue have resulted in numerous drafts of the requested documents, the final drafts of which the Parties are presently negotiating.

1

5. All Parties have consented to this enlargement, and are actively completing the requested documents contemporaneously with the filing of this Unopposed Motion.

## MEMORANDUM OF LAW

Rule 6(b), Federal Rules of Civil Procedure, allows for an extension of time for a deadline upon request and a showing of good cause if the request is made prior to the deadline for the required act. Because this request is submitted prior to the February 10, 2020 response deadline for a responsive pleading to be filed in this matter – as counted pursuant to Fed. R. Civ. Pro. 6(a)(1)(c) – the Court may grant an extension of time on good cause shown.

Here, the Parties submit that they need more time to complete their negotiation and review of the settlement documents, thus additional time is required to adequately protect the interests of all Parties.

## CONCLUSION

**WHEREFORE**, Defendant, Cirkul, Inc. requests that this Court enlarge the time for filing its response to Plaintiff's Complaint to February 20, 2020.

Respectfully submitted this 10th day of February, 2020.

By:/s/ Christine R. Sensenig
Christine R. Sensenig
Florida Bar No. 74276
**Hultman Sensenig + Joshi**
2055 Wood Street, Ste 208
Sarasota, FL 34237
Telephone: (941) 953-2828
Fax: (941) 953-3018
csensenig@hsjlawfirm.com
droginski@hsjlawfirm.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 10, 2020, I electronically filed the foregoing document with the Clerk of the Court and served upon the individuals listed below via email through the CM/ECF system of the Middle District of Florida.

Noah E. Storch, Esq.
Fla. Bar No. 0085476
noah@floridaovertimelawyer.com
**RICHARD CELLAER LEGAL, P.A.**
10368 W. SR 84, Suite 103
Davie, FL 33314
Telephone: (866) 344-9243

                                                                 By:/s/ Christine R. Sensenig
                                                                 Christine R. Sensenig
                                                                 Florida Bar No. 74276
                                                                 **Hultman Sensenig + Joshi**